

**SILVERMAN LAW GROUP**
DEFENDING TRUTH AND JUSTICE

501 North IH35
Austin, TX 78702

512-975-5880

TheSilvermanLawGroup.com

May 30, 2019

Re: Vacation Notice of Daphne Pattison Silverman

Dear Fellow Counsel and Court Staff:

This letter is to notify all opposing Counsel and the Court Staff of my vacation from July 4th until July 14, 2019 and September 1st until September 8th, 2019. Please do not schedule any hearings, trials, or depositions that would require my attendance on those dates.

Sincerely,

_____
Daphne Pattison Silverman