IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUSTIN SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:16-cv-1287-RP |
| | § | |
| GREG WHITE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

After a two-day jury trial, the jury in this case returned a verdict in favor of Defendant Greg White ("White") on July 13, 2021. The jury found that White did not violate Plaintiff Justin Scott's ("Scott") constitutional rights. Accordingly, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Defendant White. **IT IS FURTHER ORDERED** that Plaintiff Scott shall **TAKE NOTHING** from Defendant White.

**IT IS FURTHER ORDERED** that any relief requested by any party hereto not expressly granted herein is **DENIED**.

**IT IS ORDERED** that this action is hereby **CLOSED**.

**IT IS FINALLY ORDERED** that Defendant White shall file any motion for reasonable attorneys' fees and a bill of costs, with supporting documentation, no later than fourteen days after the entry of final judgment, pursuant to Local Rule CV-54(a).

**SIGNED** on August 3, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE